SHARTSIS FRIESE LLP
ARTHUR J. SHARTSIS (Bar #51549)
MARY JO SHARTSIS (Bar #55194)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: ashartsis@sflaw.com
Email: mjshartsis@sflaw.com

Attorneys for Third-Party Defendant
PUNCH SOFTWARE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADSOFT CORPORATION, a foreign corporation,<br><br>    Plaintiff,<br><br>v.<br><br>RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. C06-4255 SC<br><br>**STIPULATION EXTENDING TIME IN WHICH THIRD-PARTY DEFENDANT PUNCH SOFTWARE, LLC MAY RESPOND TO THE THIRD-PARTY COMPLAINT**<br><br>Complaint Filed: August 17, 2006<br>The Honorable Samuel Conti<br><br>ORDER |
| RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>PUNCH SOFTWARE, LLC, a Delaware corporation,<br><br>    Third-Party Defendant. | |

Pursuant to Civil Local Rule 6-1(a), third-party plaintiff Riverdeep, LLC ("Riverdeep") and third-party defendant Punch Software, LLC ("Punch"), by and through their respective counsel, hereby stipulate and agree that the time within which Punch may answer or otherwise respond to Riverdeep's Third-Party Complaint is extended from September 18, 2006 to and

1  including October 9, 2006.  No prior extensions of time have been requested or granted.  The
2  extension does not alter the date of any event or any deadline already fixed by court order.

3  DATED: September 11, 2006                SHARTSIS FRIESE LLP

5                                           By: _____
6                                               MARY JO SHARTSIS

7                                           Attorneys for Third-Party Defendant
                                            PUNCH SOFTWARE, LLC

8  DATED: September 13, 2006                PETRIE SCHWARTZ LLP

10                                          By: _____
11                                              JOHN V. KOMAR

12                                          Attorneys for Plaintiff
                                            RIVERDEEP, LLC

13  ATTY\MJS\MSHARTSIS\1383499.1

*IT IS SO ORDERED*
*Judge Samuel Conti*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111