Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Business Litigation Associates, P.C.
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Defendant and Third-Party Plaintiff Riverdeep, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADSOFT CORPORATION, a foreign corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>RIVERDEEP INC., LLC, a Delaware Limited Liability Company,<br><br>       Defendant. | Case No.: C06-4255 SC<br><br>STIPULATION AND ORDER RE HEARING DATE ON CADSOFT CORPORATION'S MOTION FOR SUMMARY ADJUDICATION<br><br>Hon: Samuel Conti |
| RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>       Third-Party Plaintiff,<br><br>vs.<br><br>Punch Software, LLC, a Delaware corporation,<br><br>       Third-Party Defendant. | |

Stipulation and Order                                   1                                   C06 4255 SC

Plaintiff Cadsoft Corporation ("Cadsoft") and Defendant/Third Party Plaintiff Riverdeep Inc., LLC ("Riverdeep"), by and through their counsel of record, stipulate as follows:

1. Cadsoft filed a motion for summary adjudication, which was set for hearing on April 27, 2007 at 9:00 a.m. in Courtroom 1.

2. The parties submitted a stipulation extending the hearing date one week, until May 4, 2 007 at 9:00 a.m. in Courtroom 1. The parties further agreed that Riverdeep's time to file an opposition to Cadsoft's motion would also extended for one week, as would be Cadsoft's time to file a reply brief. Riverdeep's opposition was to be due on April 13, 2007, and Cadsoft's reply brief would be due April 20, 2007.

3. On April 11, 2007, the court clerk called counsel for Riverdeep and instructed him that May 4, 2007 was not an available hearing date. Counsel have conferred and agree to reset the motion for May 11, 2007 at 10:00 a.m. Riverdeep's opposition is due April 13, 2007 and Cadsoft's reply is due on April 27, 2007.

Dated: April 12, 2007                Business Litigation Associates, P.C.


_____/s/_____
John V. Komar
Irwin B. Schwartz

Counsel for Defendant/Third Party Plaintiff
Riverdeep, Inc., LLC


Dated: April 12, 2007                Sheppard, Mullin, Richter & Hampton LLP


_____/s/_____
P. Craig Cardon


Counsel for Plaintiff Cadsoft Corporation

[Stamp: IT IS SO ORDERED /s/ Judge Samuel Conti — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

I, John v. Komar, attest that P. Craig Cardon, counsel for plaintiff Cadsoft Corporation, has
///
///

1  concurred in the filing of this document.

3  SO ORDERED.

4  Dated: _____            _____
5                                       United States District Judge