SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
CRAIG A. PINEDO, Cal. Bar No. 191337
MORGAN P. FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947

Attorneys for Plaintiff
CADSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADSOFT CORPORATION, a foreign corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Defendant.<br><br>RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Third Party Plaintiff,<br><br>　v.<br><br>PUNCH SOFTWARE, LLC, a Delaware corporation,<br><br>　　　　　　Third Party Defendant. | Case No. C06-4255 SC<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES**<br><br>The Hon. Samuel Conti<br><br>Complaint Filed:  July 11, 2006<br><br>Trial Date:  November 5, 2007 |

　　　　　The parties, by and through their respective counsel of record, stipulate and agree to extend the expert disclosure deadline, currently August 15, 2007, to and including September 17, 2007.  The parties further stipulate and agree to extend the rebuttal expert

-1-

W02-WEST:5CP\400372412.1　　　　STIPULATION EXTENDING EXPERT DISCLOSURE DEADLINE

1  disclosure deadline from September 15, 2007, to October 1, 2007.  All other deadlines set
2  forth in the parties' Joint Case Management Statement, dated November 27, 2006, and the
3  Court's Scheduling Order, dated December 1, 2006, shall remain the same.
4       **SO STIPULATED**.

6  Dated:  July 16, 2007

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ Craig A. Pinedo
    CRAIG A. PINEDO

Attorneys for Plaintiff
CADSOFT CORPORATION

12  Dated:  July 16, 2007

BUSINESS LITIGATION ASSOCIATES, P.C.

By     /s/ John V. Komar
    JOHN V. KOMAR

Attorneys for Defendant and Cross-Complainant
RIVERDEEP INC., LLC

18  Dated:  July 16, 2007

SHARTSIS FRIESE LLP

By     /s/ Amy L. Hespenheide
    AMY L. HESPENHEIDE

Attorneys for Third-Party Defendant
PUNCH SOFTWARE, LLC

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]

25  I, Craig A. Pinedo, attest that John V. Komar and Amy L. Hespenheide have concurred in the filing of this document.