SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
CRAIG A. PINEDO, Cal. Bar No. 191337
MORGAN P. FORSEY, Cal. Bar No. 241207
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Plaintiff
CADSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADSOFT CORPORATION, a foreign corporation,<br><br>             Plaintiff,<br><br>  v.<br><br>RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>             Defendant. | Case No. C06-4255 SC<br><br>**STIPULATION TO EXTEND NON-EXPERT DISCOVERY CUTOFF, AND [PROPOSED] ORDER THEREON**<br><br>The Hon. Samuel Conti<br><br>Complaint Filed: July 11, 2006<br><br>Trial Date: February 19, 2008 |
| RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>             Third Party Plaintiff,<br><br>  v.<br><br>PUNCH SOFTWARE, LLC, a Delaware corporation,<br><br>             Third Party Defendant. | |

## STIPULATION

The parties, by and through their respective counsel of record, stipulate and agree to extend the non-expert disclosure deadline, currently December 1, 2007, to and including **December 17, 2007**.

On September 7, 2007, this Court issued an order based on a previous stipulation of the parties re-setting trial for February 19, 2008, as well as re-setting various other pre-trial deadlines. (Docket No. 70.) This present stipulation to extend the non-expert discovery cutoff will not affect trial or any of the other pre-trial deadlines. All other deadlines set by the Court's Order in Docket No. 70, including the trial date of February 19, 2008, shall remain the same.

This stipulation is necessary to allow further time for fact discovery for several reasons:

1) Plaintiff Cadsoft filed a motion to compel on August 22. This Court referred the motion to Magistrate Judge James on August 23, who did not act on the motion other than to order the parties to file new joint discovery dispute letters dealing with the same issues in the motion. The parties have since filed three joint discovery dispute letters (Docket Nos. 72-74), but have not received any direction from Judge James on their disputes as of the filing of this stipulation. Thus, three months after the initial motion was filed, the parties still do not have guidance as to the resolution of their discovery disputes, and time is needed to ensure those disputes are resolved.

2) Defendant Riverdeep's General Counsel remains on her honeymoon, and given the upcoming Thanksgiving holiday, Riverdeep maintains it has been and will be difficult to schedule her deposition and the depositions of other Riverdeep witnesses until she returns the week of November 26, 2007;

3) Several depositions remain noticed, etc., which may very well lead to discovery disputes that will require resolution as well.

**SO STIPULATED.**

Dated: November 14, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Nathaniel Bruno
P. CRAIG CARDON
NATHANIEL BRUNO

Attorneys for Plaintiff
CADSOFT CORPORATION

Dated: November 14, 2007

BUSINESS LITIGATION ASSOCIATES, P.C.

By  /s/ John V. Komar
JOHN V. KOMAR

Attorneys for Defendant and Cross-Complainant
RIVERDEEP INC., LLC

Dated: November 14, 2007

SHARTSIS FRIESE LLP

By  /s/ Amy L. Hespenheide
AMY L. HESPENHEIDE

Attorneys for Third-Party Defendant
PUNCH SOFTWARE, LLC

I, Nathaniel Bruno, attest that John V. Komar and Amy L. Hespenheide have concurred in the filing of this document.  /s/ Nathaniel Bruno

## ORDER

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

The non-expert discovery cutoff currently set for December 1, 2007 **is hereby continued to December 17, 2007.**  All other dates and deadlines remain the same.

Dated: 11/15/07



The Honorable Samuel Conti
United States District Judge

-4-