Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Business Litigation Associates, P.C.
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile:  408-947-9001

Attorneys for Defendant and Third-Party
Plaintiff Riverdeep, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADSOFT CORPORATION, a foreign corporation, | Case No.: C06-4255 SC |
| Plaintiff, | STIPULATION AND ~~(PROPOSED)~~ ORDER EXTENDING NON-EXPERT DISCOVERY DEADLINE |
| vs. | |
| RIVERDEEP, LLC, a Delaware Limited Liability Company, | |
| Defendant. | Hon: Samuel Conti |
| RIVERDEEP, INC., LLC, a Delaware Limited Liability Company, | |
| Third-Party Plaintiff, | |
| vs. | |
| Punch Software, LLC, a Delaware corporation, | |
| Third-Party Defendant. | |

The parties, by and through their respective counsel of record, stipulate and agree to extend the non-expert discovery deadline, currently January 17, 2008, to and including January

23, 2008. On December 7, 2007, this Court, upon the agreement of the parties, extended the discovery deadline to January 17, 2008, in order to allow the parties to complete discovery, including depositions of a foreign national. This further extension is necessary because, among other things, since December 7, 2007, the parties have come to realize that the depositions of additional foreign nationals are necessary as 30(b)6 designees. Due to the Christmas and New Years holidays, and the schedules of the lawyers and particularly the witnesses, the depositions can not be completed by the current January 17, 2008 deadline. The parties, however, have agreed on a schedule that should allow completion of the depositions and other discovery by January 23, 2008, and upon that basis request that the Court extend the discovery deadline to that date. The parties do not request the extension of any other dates or deadlines.

Dated: December 20, 2007         BUSINESS LITIGATION ASSOCIATES, P.C.

                                 /s/
                                 Irwin B. Schwartz
                                 John V. Komar
                                 Attorneys for Defendant/Third Party Plaintiff
                                 Riverdeep Inc., LLC

Dated: December 20, 2007         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                 /s/
                                 P. Craig Cardon

                                 Attorneys for Plaintiff Cadsoft Corporation

Dated: December 20, 2007         SHARTSIS FRIESE LLP

                                 /s/
                                 Amy L. Hespenheide
                                 Mary Jo Shartsis

                                 Attorneys for Third-Party Defendant Punch Software, LLC

I, John V. Komar, attest that P. Craig Cardon, counsel for Plaintiff Cadsoft Corporation and Amy L. Hespenheide, counsel for Third-Party Defendant Punch Software, LLC have concurred in the filing of this document.

So Ordered:

December 21, 2007



_____
United States District Judge