Irwin B. Schwartz (SBN 141140)
John V. Komar (SBN 169662)
Business Litigation Associates, P.C.
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: 408-947-9099
Facsimile: 408-947-9001

Attorneys for Defendant and Third-Party
Plaintiff Riverdeep, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADSOFT CORPORATION, a foreign corporation, | Case No.: C06-4255 SC |
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER VACATING TRIAL DATE TO ALLOW SETTLEMENT TO BE FINALIZED |
| vs. | |
| RIVERDEEP, LLC, a Delaware Limited Liability Company, | |
| Defendant. | |
| | Hon: Samuel Conti |
| RIVERDEEP, INC., LLC, a Delaware Limited Liability Company, | |
| Third-Party Plaintiff, | |
| vs. | |
| Punch Software, LLC, a Delaware corporation, | |
| Third-Party Defendant. | |

The parties, by and through their respective counsel of record, stipulate as follows:

1.      Trial of this matter is currently set for February 19, 2008 at 9:30 a.m.   On January 22, 2008, the parties agreed to settle the case and executed a binding term sheet setting forth the essential terms of the settlement.  The term sheet contemplated the execution of a long form settlement agreement.

2.      The parties have since exchanged several versions of the settlement agreement and, with the exception of a single provision relating to the timing of a payment and timing of the trial date, have finalized the agreement.  However, due to Riverdeep's internal accounting requirement of a signed Settlement Agreement to issue a payment and the length of time required to process a payment upon receipt of a signed agreement, not all of the settlement payments can be made ahead of the trial date.

3.      The parties sought the court's advice on how to proceed.  Per the instructions of the court clerk, the parties were to submit a stipulation and proposed order vacating the trial date and indicating a date by which a stipulation for dismissal would be filed.  Accordingly, the parties stipulate and agree that the trial date should be vacated, and that the parties will submit a stipulation for dismissal by February 29, 2008.

Dated:  February 12, 2008          BUSINESS LITIGATION ASSOCIATES, P.C.

                                    /s/
                                   Irwin B. Schwartz
                                   John V. Komar
                                   Attorneys for Defendant/Third Party Plaintiff
                                   Riverdeep Inc., LLC

Dated:  February 12, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                    /s/
                                   P. Craig Cardon

                                   Attorneys for Plaintiff Cadsoft Corporation

| | | |
|---|---|---|
| 1 | Dated: February 12, 2008 | SHARTSIS FRIESE LLP |

　/s/_____
Amy L. Hespenheide
Mary Jo Shartsis

Attorneys for Third-Party Defendant Punch Software, LLC

I, John V. Komar, attest that P. Craig Cardon, counsel for Plaintiff Cadsoft Corporation and Amy L. Hespenheide, counsel for Third-Party Defendant Punch Software, LLC have concurred in the filing of this document.

So Ordered: February 14, 2007

_____
United States Judge Samuel Conti

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*