SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
NATHANIEL BRUNO, Cal. Bar No. 228118
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Plaintiff
CADSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CADSOFT CORPORATION, a foreign corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>               Defendant. | Case No. C06-4255 SC<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE, AND** [PROPOSED] **ORDER THEREON**<br><br>Honorable Samuel Conti<br><br>Complaint Filed: July 11, 2006 |
| RIVERDEEP, LLC, a Delaware Limited Liability Company,<br><br>               Third Party Plaintiff,<br><br>   v.<br><br>PUNCH SOFTWARE, LLC, a Delaware corporation,<br><br>               Third Party Defendant. | |

**STIPULATION**

WHEREAS, the parties to this action named in the caption above have reached a written settlement and release agreement that embodies a full and complete resolution to the claims and disputes at issue in this entire action, including all claims asserted in the First Amended Complaint by plaintiff Cadsoft Corporation against defendant Riverdeep, LLC, as well as all claims asserted in the Third Party Complaint by Riverdeep, LLC against Punch Software, LLC;

NOW, THEREFORE: IT IS HEREBY STIPULATED by all parties to this action, by and through their respective attorneys of record herein, that this entire action, including all claims asserted in the First Amended Complaint by plaintiff Cadsoft Corporation against defendant Riverdeep, LLC, as well as all claims asserted in the Third Party Complaint by Riverdeep, LLC against Punch Software, LLC, shall be *dismissed with prejudice* in accordance with the terms of the Order of this Court set forth below.

**SO STIPULATED.**

Dated: February 29, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ Nathaniel Bruno
P. CRAIG CARDON
NATHANIEL BRUNO

Attorneys for Plaintiff
CADSOFT CORPORATION

Dated: February 29, 2008

BUSINESS LITIGATION ASSOCIATES, P.C.

By  /s/ John V. Komar
JOHN V. KOMAR

Attorneys for Defendant and Cross-Complainant
RIVERDEEP INC., LLC

1 Dated: February 29, 2008

2                                      SHARTSIS FRIESE LLP

4                               By           /s/ Amy L. Hespenheide
                                       AMY L. HESPENHEIDE

                           Attorneys for Third-Party Defendant
                             PUNCH SOFTWARE, LLC

7 I, Nathaniel Bruno, attest that John V. Komar and Amy L. Hespenheide have concurred in the filing of this document. /s/ Nathaniel Bruno

**ORDER**

In accordance with the foregoing Stipulation of the parties which is incorporated herein by reference, and with good cause appearing therefor,

IT IS HEREBY ORDERED:

1. This entire action, including all claims asserted in the First Amended Complaint by plaintiff Cadsoft Corporation against defendant Riverdeep, LLC, as well as all claims asserted in the Third Party Complaint by Riverdeep, LLC against Punch Software, LLC, IS HEREBY DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

2. Nothing in this Order shall deprive any party of any rights, or excuse any party from compliance with, any obligations created by the parties' settlement and release agreement.

Dated: 3/4/08



The Honorable Samuel Conti
United States District Judge

-4-